OPINION — AG — ** STATE SENATOR PAYROLL DATE ** STATE SENATOR MARY HELM, HAVING BEEN DETERMINED TO BE THE RIGHTFUL CLAIMANT TO THE OFFICE OF STATE SENATOR, DISTRICT 46, SHOULD BE PAID A SALARY BEGINNING NOVEMBER 21, 1974, THE DAY ALL OTHER NEWLY ELECTED SENATORS WERE ADMINISTERED THE OATH OF OFFICE AND THE DAY UPON WHICH SHE BECAME ENTITLED TO THE POSSESSION OF THE OFFICE PENDING A DETERMINATION OF THE CONTEST. CITE: ARTICLE XV, SECTION 1 51 O.S. 1971 5 [51-5] (MICHAEL CAUTHRON)